1  **JASON G. REVZIN**
   Jason.Revzin@lewisbrisbois.com
2  Nevada Bar No. 008629
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   6385 S. Rainbow Blvd., Suite 600
4  Las Vegas, Nevada  89118
   (702) 893-3383
5  (702) 893-3789 Fax
   *Counsel for Trans Union LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA J. ROCHE,<br><br>             Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION, BOULDER DAM FEDERAL CREDIT UNION, SYNCHRONY BANK d/b/a SYNCB/AMAZON PLCC, EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION, LLC,<br><br>             Defendants. | Case No. 2:18-cv-00434-GMN-GWF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Pamela Roche ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On March 09, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is April 03, 2018. The allegations in Plaintiff's Complaint date back to February 2017 and relate to two accounts allegedly discharged by her spouse's Chapter 7 bankruptcy. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's credit file and any disputes submitted by Plaintiff.  In

1 | addition, Trans Union's counsel needs additional time to review Trans Union's documents and respond to the allegations in the Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including May 03, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. The time within which Trans Union must respond to the Complaint has not yet expired.

WHEREFORE, Defendant Trans Union respectfully requests this Court to enter an Order granting this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint and extend the deadline for Trans Union to file its responsive pleading to Plaintiff's Complaint, up to and including May 03, 2018.

DATED: March 26, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin
Jason.revzin@lewisbrisbois.com
Nevada Bar No. 008629
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
(702) 893-3383
(702) 893-3789 Fax
***Counsel for Trans Union LLC***

*/s/ Rachel B. Saturn*
David H. Krieger
dkrieger@hainesandkrieger.com
Rachel B. Saturn
Rachel@hainesandkrieger.com
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
(702) 880-5554
(702) 383-5518 Fax
***Counsel for Plaintiff***

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS SO ORDERED that the above Joint Stipulation Extending Defendant Trans |
| 3 | Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint and extend the |
| 4 | deadline for Trans Union to file its responsive pleading to Plaintiff's Complaint, up to and |
| 5 | including May 03, 2018 is granted. |
| 7 | DATED: March 27, 2018 |

*/s/ George Foley Jr.*
**HONORABLE GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**