ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9301
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
    wwong@grsm.com

*Attorneys for Navy Federal Credit Union*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA J. ROCHE,<br><br>  Plaintiff,<br><br>vs.<br><br>NAVY FEDERAL CREDIT UNION; BOULDER DAM FEDERAL CREDIT UNION; SYNCHRONY BANK DBA SYNCB/AMAXON PLCC; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>  Defendants. | Case No.: 2:18-cv-00434-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO COMPLAINT**<br>**[ECF NO. 1]**<br><br>**FIRST REQUEST** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Pamela J. Roche ("Plaintiff"), and Defendant Navy Federal Credit Union ("NFCU"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed his Complaint on March 9, 2018 [ECF No. 1].

2. Plaintiff served the Complaint on NFCU on March 16, 2018.

3. NFCU recently retained counsel and a short extension is necessary to allow NFCU's counsel to obtain the file and investigate the allegations in the Complaint before responding.

4. Plaintiff and NFCU also anticipate in engaging in settlement discussions on this

-1-

case and wish to extend the deadline for NFCU to respond to the Complaint until April 26, 2018. This will allow the parties to continue settlement discussions without incurring additional fees and expenses.

5. NFCU requests additional time to file a response to the Complaint and Plaintiff does not object to the request.

6. This stipulation is not being made for purposes of delay.

7. Therefore, the parties agree that NFCU's response to the Complaint is now due on or before **April 26, 2018**.

DATED: April 2, 2018.

GORDON REES SCULLY MANSUKHANI LLP

*/s/ Robert S. Larsen*

ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING Y. WONG, ESQ.
Nevada Bar No. 13622
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Navy Federal Credit Union*

DATED: April 2, 2018.

HAINES & KRIEGER, LLC

*/s/ David H. Krieger*

DAVID H. KRIEGER, ESQ.
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123

*Attorneys for Plaintiff Pamela J. Roche*

**ORDER**

IT IS SO ORDERED.

*George Foley Jr.*

UNITED STATES MAGISTRATE JUDGE

DATED: 4-3-2018