JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com
       swanise@gtlaw.com

*Counsel for Defendant*
*Boulder Dam Federal Credit Union*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAMELA J. ROCHE,<br><br>              Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION;<br>BOULDER DAM FEDERAL CREDIT<br>UNION; SYNCHRONY BANK d/b/a<br>SYNCB/AMAZON PLCC; EQUIFAX<br>INFORMATION SERVICES, LLC;<br>TRANS UNION, LLC,<br><br>              Defendants. | Case No.: 2:18-cv-00434-GMN-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT BOULDER DAM FEDERAL CREDIT UNION TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendant, Boulder Dam Federal Credit Union ("BDFCU"), by and through its undersigned counsel of record, and Plaintiff, Pamela J. Roche, by and through her undersigned counsel of record, hereby stipulate and agree to extend the time for BDFCU to file an answer or other responsive pleading to Plaintiff's Complaint up to and including May 7, 2018.

/ / /

Page 1

*LV 421125179v2*

Good cause supports this request for extension as counsel for BDFCU has just been retained and requires additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 9th day of April, 2018.

GREENBERG TRAURIG, LLP

 */s/ Jacob D. Bundick, Esq.*
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, NV 89169

*Counsel for Defendant*
*Boulder Dam Federal Credit Union*

DATED this 9th day of April, 2018.

HAINES & KRIEGER, LLC

*/s/ David H. Krieger, Esq.*
DAVID H. KRIEGER, ESQ.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

*Counsel for Plaintiff*
*Pamela J. Roche*

## ORDER

**IT IS SO ORDERED.**

DATED this 10th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE