Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600
Fax: (702) 669-4650
JGWent@hollandhart.com
SRGambee@hollandhart.com

Brendan H. Connors, Esq. (*pro hac vice* application forthcoming)
REED SMITH LLP
901 East Byrd Street, Suite 1700
Richmond, VA 23219
Phone: (804) 344-3400
bconnors@reedsmith.com

*Counsel for Defendant Synchrony Bank*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PAMELA J. ROCHE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK, et al.,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00434-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff Pamela J. Roche ("Plaintiff") and Defendant Synchrony Bank ("Synchrony"), by and through their counsel, hereby stipulate and agree pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1 as follows:

**<u>STIPULATION</u>**

1. On March 9, 2018, Plaintiff filed a Complaint with this Court [ECF No. 1].

2. Synchrony was served with the Complaint on March 20, 2018.

3. Synchrony is due to file and serve a response to the Complaint by April 10, 2018.

///

4. The parties have engaged in preliminary discussions in this matter. In order to explore the possibility of early resolution, the parties have agreed to extend the deadline for Synchrony to file and serve its response to the Complaint to May 1, 2018. The requested extension will allow the parties time to potentially negotiate a resolution of this matter.

5. This is the first stipulation to extend the time for Synchrony to file and serve its response to the Complaint. This Stipulation is made in good faith and not for any dilatory or other improper purpose. Plaintiff will not suffer any prejudice by this extension.

DATED: April 10, 2018.

*/s/ Sydney R. Gambee, Esq.*
Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Brendan H. Connors, Esq. (*pro hac vice* application forthcoming)
REED SMITH LLP
901 East Byrd Street, Suite 1700
Richmond, VA 23219

*Counsel for Defendant Synchrony Bank*

*/s/ David H. Krieger, Esq.*
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

*Counsel for Plaintiff Pamela J. Roche*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 4-11-2018

10861572_1