Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600
Fax: (702) 669-4650
JGWent@hollandhart.com
SRGambee@hollandhart.com

Brendan H. Connors, Esq. (*pro hac vice* application forthcoming)
REED SMITH LLP
901 East Byrd Street, Suite 1700
Richmond, VA 23219
Phone: (804) 344-3400
bconnors@reedsmith.com

*Counsel for Defendant Synchrony Bank*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA J. ROCHE, | Case No. 2:18-cv-00434-GMN-GWF |
| Plaintiff, | |
| vs. | **STIPULATION [AND ORDER] TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** |
| SYNCHRONY BANK, et al., | **(Second Request)** |
| Defendants. | |

Plaintiff Pamela J. Roche ("Plaintiff") and Defendant Synchrony Bank ("Synchrony"), by and through their counsel, hereby stipulate and agree pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1 as follows:

## STIPULATION

1.      On March 9, 2018, Plaintiff filed a Complaint with this Court [ECF No. 1].

2.      Synchrony was served with the Complaint on March 20, 2018.

3.      Synchrony was due to file a response to the Complaint by April 10, 2018.

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

4.      On April 10, 2018, counsel for Synchrony and Plaintiff jointly stipulated to extending Synchrony's deadline to file a response to the Complaint to May 1, 2018.

5.      The Parties continue to engage in preliminary discussions in this matter. In order to explore the possibility of early resolution, counsel for Synchrony desires an extension until May 15, 2018, to file a response to the Complaint.

6.      Counsel for Synchrony conferred with counsel for the Plaintiff regarding this Stipulation.  Counsel for the Plaintiff does not oppose this requested extension.

7.      The requested extension will allow the Parties time to potentially negotiate a resolution of this matter.

8.      The foregoing Stipulation is filed in good faith and not for dilatory or other improper purpose. The Plaintiff would not suffer any prejudice by the Court permitting Synchrony the requested extension of time and has consented to the requested extension.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    9.    Granting this Stipulation is in the interests of justice and is otherwise the right and

2  proper thing to do.

3        DATED: April 30, 2018.

4

5  /s/ Sydney R. Gambee                          /s/ David H. Krieger
6  Joseph G. Went, Esq.                          David H. Krieger, Esq.
   Nevada Bar No. 9220                           Nevada Bar No. 9086
7  Sydney R. Gambee, Esq.                        HAINES & KRIEGER, LLC
   Nevada Bar No. 14201                          8985 S. Eastern Avenue, Suite 350
8  HOLLAND & HART LLP                            Henderson, NV 89123
   9555 Hillwood Drive, 2nd Floor
9  Las Vegas, NV 89134                           Counsel for Plaintiff Pamela J. Roche

10 Brendan H. Connors, Esq. (*pro hac vice*
   application forthcoming)
11 REED SMITH LLP
   901 East Byrd Street, Suite 1700
12 Richmond, VA 23219

13 *Counsel for Defendant Synchrony Bank*

14

15                              **ORDER**

16

17                              **IT IS SO ORDERED.**

18                              _George Foley Jr._

19                              UNITED STATES MAGISTRATE JUDGE

20                              DATED:  5-1-2018

21

22

23

24

25

26

27

28

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

10925872_1