1  JACOB D. BUNDICK, ESQ.
   Nevada Bar No. 9772
2  ERIC W. SWANIS, ESQ.
   Nevada Bar No. 6840
3  GREENBERG TRAURIG, LLP
   3773 Howard Hughes Parkway
4  Suite 400 North
5  Las Vegas, Nevada 89169
   Telephone: (702) 792-3773
6  Facsimile: (702) 792-9002
   Email: bundickj@gtlaw.com
7          swanise@gtlaw.com
8
   *Counsel for Defendant*
9  *Boulder Dam Federal Credit Union*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAMELA J. ROCHE, | Case No.: 2:18-cv-00434-GMN-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT BOULDER DAM FEDERAL CREDIT UNION TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| NAVY FEDERAL CREDIT UNION; BOULDER DAM FEDERAL CREDIT UNION; SYNCHRONY BANK d/b/a SYNCB/AMAZON PLCC; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, | |
| Defendants. | **[SECOND REQUEST]** |

Defendant, Boulder Dam Federal Credit Union ("BDFCU"), by and through its undersigned counsel of record, and Plaintiff, Pamela J. Roche, by and through her undersigned counsel of record, hereby stipulate and agree, pursuant to LR 7-1, as follows:

/ / /

Page 1

IT IS HEREBY STIPULATED THAT:

1. To facilitate settlement discussions between BDFCU and Plaintiff, the deadline for BDFCU to respond to the Complaint is hereby extended to May 21, 2018.

**IT IS SO STIPULATED.**

DATED this 7th day of May, 2018.

GREENBERG TRAURIG, LLP

*/s/ Eric W. Swanis, Esq.*
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, NV 89169

*Counsel for Defendant*
*Boulder Dam Federal Credit Union*

DATED this 7th day of May, 2018.

HAINES & KRIEGER, LLC

*/s/David H. Krieger, Esq.*
DAVID H. KRIEGER, ESQ.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

*Counsel for Plaintiff*
*Pamela J. Roche*

## ORDER

**IT IS SO ORDERED.**

DATED this 8th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE